# United States District Court
# For The Western District of North Carolina
# Statesville Division

RAYMOND S. JOHNSON,

    Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　CASE NO. 5:06CV148

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2007, Order.

                               Signed: April 26, 2007

                               Frank G. Johns, Clerk
                               United States District Court